IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FRANK MICHETTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. _____ |
| TAYLOR TRUCKING LLC, | ) | |
| NORTHLAND INSURANCE CO., | ) | |
| and RONALD SMITH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**<u>NOTICE OF REMOVAL BY DEFENDANTS TAYLOR TRUCKING LLC,
NORTHLAND INSURANCE COMPANY, AND RONALD SMITH</u>**

COME NOW Defendants Ronald Smith, Taylor Trucking LLC, and
Northland Insurance Company, by and through the undersigned counsel, and,
pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, hereby remove the above-styled
action from the Superior Court of Bulloch County, Georgia based on the following
grounds:

1.

On or about August 11, 2022, Plaintiff Frank Michetti filed suit against
defendants in the Superior Court of Bulloch County, Georgia, civil action file

number SUCV2022000178. All process, pleadings and orders received by Defendants are attached to this Notice as Exhibit A.

2.

The Superior Court of Bulloch County, Georgia is located within the Statesboro Division of the United States District Court for the Southern District of Georgia.

3.

On August 11, 2022 (the date suit was filed), plaintiff's counsel filed an affidavit of compliance indicating that he had initiated the process of service upon Ronald Smith and Taylor Trucking, LLC pursuant to Georgia's nonresident motorist statute. This notice of removal is filed less than 30 days after suit was filed and is therefore necessarily filed less than 30 days after the earliest possible date on which Taylor Trucking, could have been served. Defendants Northland Insurance Company and Smith also consent to the removal.

4.

Complete diversity of citizenship exists between the parties pursuant to 28 U.S.C. § 1332, because the parties are citizens of different states.

5.

Although the complaint lacks any allegations about Plaintiff's citizenship, upon information and belief he is domiciled in the State of Georgia and is a citizen of Georgia for purposes of diversity jurisdiction.

6.

Plaintiff alleges that defendant Smith resides in Texas and may be served there. (Complaint, ¶ 4). Mr. Smith is therefore a citizen of Texas for purposes of diversity jurisdiction.

7.

Plaintiff alleges that defendant Taylor Trucking, LLC has a principal office located in Oklahoma. (Complaint, ¶ 2). That allegation is correct. Taylor Trucking LLC is a Limited Liability Corporation incorporated under the laws of Oklahoma and has its principal place of business in that state.

8.

For purposes of removal, a limited liability corporation is considered a "citizen" of every state in which its members are citizens. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020 (11th Cir. 2004). Taylor Trucking LLC has one member and who is a citizen of Oklahoma. Taylor Trucking LLC is therefore a citizen of Oklahoma for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1).

9.

Plaintiff alleges that Northland Insurance Company is a foreign (to Georgia) insurance company with a principal office in Connecticut. (Complaint, ¶ 3). Northland Insurance Company is a corporation incorporated under the laws of Connecticut and having its principal place of business in Hartford, Connecticut. Northland Insurance Company is therefore a citizen of Connecticut for purposes of diversity jurisdiction. See 28 U.S.C. § 1332(c)(1). To the extent that it is alleged to insure Mr. Smith and Taylor Trucking LLC, Northland Insurance Company is also (arguably) a citizen of Texas as well as Oklahoma.  28 U.S.C. 1332(c)(1)(a).

10.

Despite the requirement in state and federal court that a Plaintiff must plead special damages with particularity, see O.C.G.A. 9-11-9(g) and Fed. R. Civ. P. 9, the complaint lacks any allegations about the nature and extent of Plaintiff's special damages to date including medical bills or lost wages, nor does it contain an *ad damnum* clause.  However, plaintiff's counsel has previously stated that Mr. Michetti "failed conservative care," that he had "MBBs and RFAs" [medial branch blocks and radiofrequency ablations] and that he was being scheduled for a surgery. Plaintiff did not allege an amount of damages in his complaint, but has agreed to stipulate that he is seeking damages in excess of $75,000.  28 U.S.C. §1332.

11.

The amount in controversy in this matter is therefore greater than $75,000.00 and involves claims over which the Court has original jurisdiction founded on diversity jurisdiction and the amount in controversy. See 28 U.S.C. §§ 1441(b), 1332, and 1446. Plaintiff's counsel has authorized the undersigned to state that plaintiff agrees the amount in controversy is greater than $75,000.00. In the event the Court requires further information, this defendant respectfully asks that plaintiff be directed to file a more definite statement and enumerate his special damages to date with particularity.

12.

These defendants have given written notice of the filing of this notice to Plaintiff and will likewise file a written notice with the Clerk of the Superior Court of Bulloch County, a copy of which is attached hereto as Exhibit B.

13.

Defendants will file their *Answer and Defenses* to the Complaint within the time permitted by Fed. R. Civ. P. 81.

14.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry,

it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

This 9th day of September, 2022.

FREEMAN MATHIS & GARY, LLP

*/s/ Evan D. Szczepanski*
E. ANDREW TREESE
Georgia Bar No. 556850
atreese@fmglaw.com
EVAN D. SZCZEPANSKI
Georgia Bar No. 519263
eszczepanski@fmglaw.com

*Attorneys for Defendants Ronald Smith,*
*Taylor Trucking LLC, and Northland*
*Insurance Company*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF REMOVAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and by placing a copy of the same in the United States, postage prepaid and properly addressed as follows:

Bradley S. Robinson
Farah & Farah, P.A.
12016 Abercorn Street
Savannah, Georgia 31419

This 9th day of September, 2022.

*/s/ Evan D. Szczepanski*
EVAN D. SZCZEPANSKI
Georgia Bar No. 519263
eszczepanski@fmglaw.com

*Attorneys for Defendants Ronald Smith,
Taylor Trucking LLC, and Northland
Insurance Company*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

JS 44  (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| FRANK MICHETTI | TAYLOR TRUCKING, LLC, NORTHLAND INSURANCE CO., AND RONALD SMITH |

| **(b)** County of Residence of First Listed Plaintiff   BULLOCH | County of Residence of First Listed Defendant   OUT OF STATE (OK) |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Bradley S. Robinson / Farah & Farah, P.A.<br>12016 Abercorn Street, Savannah, GA 31419<br>(912) 999-2075 | E. Andrew Treese / Freeman, Mathis & Gary LLP<br>Evan D. Szczepanski / Freeman, Mathis & Gary LLP<br>100 Galleria Pkwy Suite 1600, Atlanta, GA 30339; (770) 818-0000 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
      Plaintiff

☐ 3   Federal Question
      *(U.S. Government Not a Party)*

☐ 2   U.S. Government
      Defendant

☒ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br> & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br> Student Loans<br> (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br> of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br> Liability<br>☐ 320 Assault, Libel &<br> Slander<br>☐ 330 Federal Employers'<br> Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br> Liability<br>☒ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br> Product Liability<br>☐ 360 Other Personal<br> Injury<br>☐ 362 Personal Injury -<br> Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br> Product Liability<br>☐ 367 Health Care/<br> Pharmaceutical<br> Personal Injury<br> Product Liability<br>☐ 368 Asbestos Personal<br> Injury Product<br> Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br> Property Damage<br>☐ 385 Property Damage<br> Product Liability | ☐ 625 Drug Related Seizure<br> of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br> 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br> New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br> 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br> Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 485 Telephone Consumer<br> Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br> Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br> Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br> Act/Review or Appeal of<br> Agency Decision<br>☐ 950 Constitutionality of<br> State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br> Accommodations<br>☐ 445 Amer. w/Disabilities -<br> Employment<br>☐ 446 Amer. w/Disabilities -<br> Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br> Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br> Conditions of<br> Confinement | ☐ 710 Fair Labor Standards<br> Act<br>☐ 720 Labor/Management<br> Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br> Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br> Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br> or Defendant)<br>☐ 871 IRS—Third Party<br> 26 USC 7609 | |
| | | **IMMIGRATION** | | | |
| | | ☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br> Actions | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
      Proceeding

☒ 2   Removed from
      State Court

☐ 3   Remanded from
      Appellate Court

☐ 4   Reinstated or
      Reopened

☐ 5   Transferred from
      Another District
      *(specify)*

☐ 6   Multidistrict
      Litigation -
      Transfer

☐ 8   Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
MOTOR VEHICLE ACCIDENT -- DIVERSITY JURISDICTION

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A **CLASS ACTION**<br>UNDER RULE 23, F.R.Cv.P. | **DEMAND $**<br>> $75,001 | CHECK YES only if demanded in complaint:<br>**JURY DEMAND:** ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S)<br>IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 09/09/2022 | /s/ Evan D. Szczepanski |

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs–Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.