

⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA

**SUCV2022000178**

AUG 11. 2022 04:12 PM

*Heather Banks McNeal*
Heather Banks McNeal, Clerk
Bulloch County, Georgia

## IN THE SUPERIOR COURT OF BULLOCH COUNTY
## STATE OF GEORGIA

FRANK MICHETTI,

          Plaintiff,

v.

TAYLOR TRUCKING LLC,
NORTHLAND INSURANCE COMPANY,
and RONALD SMITH,

          Defendants.

CIVIL ACTION
FILE NO.: _____

---

### AFFIDAVIT SHOWING COMPLIANCE WITH O.C.G.A. § 40-12-2

Personally appeared before the undersigned officer duly authorized by law to administer oaths, Bradley S. Robinson, who after first being duly sworn states and deposes as follows:

1.

That Affiant is attorney of record for the Plaintiff.

2.

That Affiant complied with the requirements of O.C.G.A. § 40-12-2, as amended, in serving a copy of the Plaintiff's Complaint for Damages in Tort upon Defendant Ronald Smith. Specifically, Affiant properly made service of process upon the non-resident motorist Defendant Ronald Smith, by sending a copy of the Complaint with Summons attached thereto, with a fee of Ten ($10.00) Dollars, by certified mail to the Georgia Secretary of State's Office, together with a copy of this Affidavit of Compliance. The Affiant has also forwarded to Defendant Ronald Smith at their last known address, by registered or certified mail, copies of the aforementioned Summons, Complaint and Discovery as follows:

Ronald Smith
2193 County Road 3209 W
Mt. Enterprise, TE 75681

[11847574/1]

3.

I further certify that I shall file with the appropriate Court appended to the documents, regarding this case:

(1)     any return receipt received as evidence of service upon the Defendant by the Plaintiff and;

(2)     this Plaintiff's Affidavit of Compliance.

4.

Affiant further states that this Affidavit is made upon personal knowledge; that Affiant is competent to make this Affidavit; that the matters contained herein are true and correct; that this Affidavit is made to show compliance with O.C.G.A. § 40-12-1, relating to the service of Defendant Ronald Smith, in the case styled *Frank Michetti v. Taylor Trucking LLC, Northland Insurance Company and Ronald Smith*, being filed in the Superior Court of Bulloch County, Georgia.

FURTHER AFFIANT SAYETH NOT.

This the 11th day of August, 2022.

Bradley S. Robinson, Esq.
Attorney at Law

Sworn to and subscribed before me
this 11 day of August, 2022.

NOTARY PUBLIC

[11847574/1]



EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA
**SUCV2022000178**
AUG 11. 2022 04:12 PM

Heather Banks McNeal, Clerk
Bulloch County, Georgia

IN THE SUPERIOR COURT OF BULLOCH COUNTY
STATE OF GEORGIA

FRANK MICHETTI,

                Plaintiff,

v.

TAYLOR TRUCKING LLC,
NORTHLAND INSURANCE COMPANY,
and RONALD SMITH,

             Defendants.

CIVIL ACTION
FILE NO.: _____

## AFFIDAVIT SHOWING COMPLIANCE WITH O.C.G.A. § 40-12-2

Personally appeared before the undersigned officer duly authorized by law to administer oaths, Bradley S. Robinson, who after first being duly sworn states and deposes as follows:

1.

That Affiant is attorney of record for the Plaintiff.

2.

That Affiant complied with the requirements of O.C.G.A. § 40-12-2, as amended, in serving a copy of the Plaintiff's Complaint for Damages in Tort upon Defendant Taylor Trucking LLC. Specifically, Affiant properly made service of process upon the non-resident motorist Defendant Taylor Trucking LLC, by sending a copy of the Complaint with Summons attached thereto, with a fee of Ten ($10.00) Dollars, by certified mail to the Georgia Secretary of State's Office, together with a copy of this Affidavit of Compliance. The Affiant has also forwarded to Defendant Taylor Trucking LLC at their last known address, by registered or certified mail, copies of the aforementioned Summons, Complaint and Discovery as follows:

Taylor Trucking LLC
3519 Jensen Road East
El Reno, Oklahoma 73099

[11847574/1]

3.

I further certify that I shall file with the appropriate Court appended to the documents, regarding this case:

(1)     any return receipt received as evidence of service upon the Defendant by the Plaintiff and;

(2)     this Plaintiff's Affidavit of Compliance.

4.

Affiant further states that this Affidavit is made upon personal knowledge; that Affiant is competent to make this Affidavit; that the matters contained herein are true and correct; that this Affidavit is made to show compliance with O.C.G.A. § 40-12-1, relating to the service of Defendant Taylor Trucking LLC, in the case styled *Frank Michetti v. Taylor Trucking LLC, Northland Insurance Company and Ronald Smith*, being filed in the Superior Court of Bulloch County, Georgia.

FURTHER AFFIANT SAYETH NOT.

This the ⟨11⟩ day of August, 2022.

Bradley S. Robinson, Esq.
Attorney at Law

Sworn to and subscribed before me
this ⟨11⟩ day of August, 2022.

NOTARY PUBLIC

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA
**SUCV2022000178**

AUG 11. 2022 04:12 PM

*Heather Banks McNeal*
Heather Banks McNeal, Clerk
Bulloch County, Georgia

## IN THE SUPERIOR COURT OF BULLOCH COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **FRANK MICHETTI,** | |
| Plaintiff, | CIVIL ACTION |
| | FILE NO.: _____ |
| v. | |
| **TAYLOR TRUCKING LLC,** | **JURY TRIAL DEMANDED** |
| **NORTHLAND INSURANCE COMPANY,** | |
| **and RONALD SMITH,** | |
| Defendants. | |

### COMPLAINT

**COMES NOW** the Plaintiff, **Frank Michetti,** and files this complaint against Defendants **Taylor Trucking LLC**, **Northland Insurance Company** and **Ronald Smith**, as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff **Frank Michetti** (hereinafter "Plaintiff") is subject to the jurisdiction of this court.

2.

Defendant **Taylor Trucking LLC** (hereinafter "Defendant Taylor Trucking"), has a principal office located at 3519 Jensen Road East, El Reno, Oklahoma 73099 is a commercial motor carrier pursuant to O.C.G.A. § 40-1-100, and, upon information and belief, on the date of the Collision complained of herein, was the employer of Defendant Ronald Smith, who operated the herein specified vehicle on behalf of Defendant Taylor Trucking, at which time Defendant Ronald Smith was acting in the course and scope of his employment with Defendant Taylor Trucking. Defendant is subject to the jurisdiction of this Court as a joint tortfeasor pursuant to O.C.G.A. § 9-10-91, and may be served with the summons, complaint and discovery in this matter pursuant to the provisions of O.C.G.A. § 9-10-94, and through their authorized agent, the Secretary of State of Georgia, pursuant to O.C.G.A. § 40-1-117, et seq.

3.

Defendant **Northland Insurance Company** (hereinafter, "Defendant Northland"), a Foreign Insurance Company with a principal office located at One Tower Square, Hartford, Connecticut 06183, provided insurance coverage to Defendant Taylor Trucking at all times relevant to this Complaint, which coverage was provided to protect the public against injury to persons and property proximately caused by the negligence of Defendant Taylor Trucking, its servants and/or agents. By virtue of Defendant Northland's provision of said insurance coverage to Defendant Taylor Trucking, which caused injury to Plaintiff through the actions alleged herein, Defendant Northland is subject to this direct action pursuant to O.C.G.A. § 40-1-112 and § 40-2-140, is subject to the jurisdiction and venue of this court and may be served with the summons and complaint in this matter pursuant to the provisions of O.C.G.A. § 33-4-3 and § 33-4-4, and may be served with the Summons and Complaint in this matter by delivering a copy of same to their registered agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

4.

Upon information and belief, Defendant **Ronald Smith** (hereinafter, "Defendant Smith"), is a non-resident of the State of Georgia, and presently resides in Texas, with an address of 2193 County Road 3209 W, Mount Enterprise, Texas 75681. By virtue of the facts alleged herein, and as a joint tortfeasor with Defendant Taylor Trucking, Defendant Smith is subject to the jurisdiction of this Court pursuant to O.C.G.A. § 9-10-91, and may be served with the summons, complaint and discovery in this matter pursuant to the provisions of O.C.G.A. § 9-10-94, and through his authorized agent, the Secretary of State of Georgia, pursuant to O.C.G.A. § 40-12-1, et seq.

5.

Jurisdiction and venue are proper in this Court.

## BACKGROUND

6.

On or about November 4, 2021, within Bulloch County, Georgia, Defendant Smith was operating a 2005 Kenworth 900 tactor bearing vehicle identification number 1XKWDB9X05J120901 (hereinafter referred to as the "Kenworth"), pulling a trailer on behalf of Defendant Taylor Trucking, and was traveling South on State Road 73 approaching that road's intersection with Jimps Road.

7.

At the same time, Plaintiff was in a 2013 Dodge Ram 1500 (hereinafter referred to as the "Dodge") was stopped at a red light on Jimps Road, at that road's intersection with State Road 73, waiting to turn left on to State Road 73. When the traffic signal turned red for the northbound and southbound lanes on State Route 73, the traffic signal turned green for Jimps Road, Plaintiff began to turn left onto State Road 73 and proceed into the intersection. At the same time, Defendant Smith failed to stop for the red traffic light, proceeded into the intersection and collided with the left side of Plaintiff's Dodge. The collisions caused visable damage to Plaintiff's vehicle and Plaintiff was irreparably injured (the entire course of events is hereinafter referred to as the "Collision").

8.

As a result of this Collision, Plaintiff suffered traumatic, permanent physical and psychological injuries which drastically affected the quality of his life.

## COUNT 1
## NEGLIGENCE

9.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 8 above as if fully restated.

10.

Defendant Smith owed a duty to other motorists, including Plaintiff, to operate the Kenworth in a safe manner, to maintain a proper lookout, to maintain control of the Kenworth, and to obey all traffic regulations and rules of the road.

11.

In causing the Collision, Defendant Smith also violated applicable statutes of the State of Georgia, the violation of which constitutes negligence *per se*, which either singularly or in combination with other acts or omissions described herein was the cause-in-fact of the Collision, including, without limitation, the following:

a) Driving with reckless disregard for the safety of others, in violation of O.C.G.A. § 40-6-390;

b) Failing to exercise ordinary diligence, in violation of O.C.G.A. § 51-1-2;

c) Failing to maintain reasonable control of his vehicle;

d) Failing to operate his vehicle in a safe fashion;

e) Failing to take all reasonable action in order to prevent the Collision;

f) Failing to exercise due care, in violation of O.C.G.A. § 40-6-21;

g) Failing to obey a traffic control devices, in violation of O.C.G.A. § 40-6-20;

h) Improper lane change, in violation of O.C.G.A. § 40-6-123;

i) Failing to keep a proper lookout; and

j) Committing other reckless and negligent acts and omissions, as shall be shown by the evidence and proven at trial.

12.

Following the Collision, Defendant was cited for violation of O.C.G.A. § 40-6-20 – failing to obey a traffic control devices.

13.

Defendant Smith's negligence and/or recklessness was the sole and proximate cause of the Collision, and of Plaintiff's resulting injuries.

## COUNT 2
## IMPUTED LIABILITY

14.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

At the time of the Collision, Defendant Smith was under dispatch for Defendant Taylor Trucking.

16.

At the time of the Collision, Defendant Smith was operating the Kenworth on behalf of Defendant Taylor Trucking.

17.

Defendant Taylor Trucking is an interstate motor carrier which, pursuant to federal and state laws, is responsible for the actions of Defendant Smith with regard to the Collision under the doctrine of lease liability, agency or apparent agency.

## COUNT 3
## DIRECT ACTION

18.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above as if fully restated.

19.

Defendant Northland is subject to a direct action as the insurer for Defendant Taylor Trucking, pursuant to O.C.G.A. § 40-2-140, or its predecessor O.C.G.A. § 46-7-12.1.

20.

Defendant Northland was the insurer of Defendant Taylor Trucking at the time of the Collision, and issued a liability policy to comply with the filing requirements under Georgia and Federal laws governing interstate and intrastate transportation.

21.

Defendant Northland and Defendant Taylor Trucking are subject to the filing requirements outlined in O.C.G.A. § 40-2-140, or its predecessor O.C.G.A. § 46-7-12.1.

22.

Defendant Northland is responsible for any judgment rendered against Defendant Taylor Trucking and Defendant Smith up to at least its policy limits of coverage.

## COUNT 4
## DAMAGES

23.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 22 above as if fully restated.

24.

As a direct result of Defendants' negligence and/or recklessness, Plaintiff suffered traumatic, permanent psychological and physical injuries, including but not limited to injuries to his head, neck, back, and upper extremities, and also incurred reasonable medical expenses necessary to treat those injuries, in amounts which will be proven at the time of trial, as well as sustaining severe physical and emotional pain and suffering. All of Plaintiff's damages will continue into the future, to the extent said injuries are permanent.

25.

In addition to the foregoing damages, Plaintiff avers that as a direct and proximate result of the aforementioned acts of negligence and/or recklessness of Defendants, Plaintiff was caused to suffer and incur the following injuries and damages for which she seeks to recover:

    (a)      Personal injuries;

    (b)      Pain and suffering;

    (c)      Disability;

(d)     Disfigurement;

(e)     Mental anguish;

(f)     Loss of the capacity for the enjoyment of life;

(g)     Impaired ability to labor;

(h)     Loss of earning capacity;

(i)     Loss of earnings;

(j)     Travel expenses for seeking medical treatment;

(k)     Other related Collisional expenses;

(l)     Permanent injuries; and

(m)     Future medical expenses.

26.

Defendants' negligence and/or recklessness was the sole and proximate cause of Plaintiff's injuries.

27.

Plaintiff is entitled to recover all expenses and attorney's fees pursuant to O.C.G.A. § 13-6-11 because Defendants have acted in bad faith, been stubbornly litigious, and caused Plaintiff unnecessary trouble and expense.

**WHEREFORE,** Plaintiff prays that process and summons be issued for service upon defendants in accordance with Georgia law, and that she have a trial on all issues, and judgment against defendants, as follows:

(a)     For past, present and future medical and doctor expenses in an amount to be proven through the evidence at the trial;

(b)     For past, present and future physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

(c)     For past, present and future travel expenses for seeking medical treatment in amounts which will be proven at the time of trial through the evidence;

(d)     For past, present and future lost wages and lost earning capacity in amounts which will be proven at the time of trial through the evidence;

(e)     That pursuant to O.C.G.A. § 13-6-11, Plaintiff receive an award of all expenses of litigation including but not limited to reasonable attorney's fees and expense;

(f)     That a jury be impaneled to resolve all factual disputes;

(g)     For such other and further relief the Court deems just and proper; and

(h)     That Plaintiff be allowed to freely amend this Complaint in order to avoid manifest injustice.

Dated this \_\_\_\_ day of August, 2022.

                                        **FARAH & FARAH, P.A.**

                                        BRADLEY S. ROBINSON
                                        Georgia Bar No. 769787
                                        *ATTORNEY FOR PLAINTIFF*

12016 Abercorn Street
Savannah, GA  31419
T: (912) 999-2075
F: (912) 999-2078
brobinson@farahandfarah.com
j.williams@farahandfarah.com

# SUPERIOR COURT OF BULLOCH COUNTY
## STATE OF GEORGIA



EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA

**SUCV2022000178**

**AUG 11. 2022 04:12 PM**

Heather Banks McNeal, Clerk
Bulloch County, Georgia

CIVIL ACTION NUMBER   SUCV2022000178

Michetti, Frank

_____

**PLAINTIFF**

**VS.**

Taylor Trucking LLC
Northland Insurance Company
Smith, Ronald

_____

**DEFENDANTS**

### SUMMONS

TO: SMITH, RONALD

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Bradley S Robinson**
**FARAH & FARAH, P.A.**
**12016 Abercorn Street**
**Savannah, Georgia 31419**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 11th day of August, 2022.**

Clerk of Superior Court

Heather Banks McNeal, Clerk
Bulloch County, Georgia

Page 1 of 1

# SUPERIOR COURT OF BULLOCH COUNTY
## STATE OF GEORGIA



EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA

**SUCV2022000178**

**AUG 11. 2022 04:12 PM**

Heather Banks McNeal, Clerk
Bulloch County, Georgia

CIVIL ACTION NUMBER  SUCV2022000178

Michetti, Frank

_____

**PLAINTIFF**

**VS.**

Taylor Trucking LLC
Northland Insurance Company
Smith, Ronald

_____

**DEFENDANTS**

### SUMMONS

TO: NORTHLAND INSURANCE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Bradley S Robinson**
> **FARAH & FARAH, P.A.**
> **12016 Abercorn Street**
> **Savannah, Georgia 31419**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 11th day of August, 2022.**

Clerk of Superior Court

Heather Banks McNeal, Clerk
Bulloch County, Georgia

# SUPERIOR COURT OF BULLOCH COUNTY
# STATE OF GEORGIA



EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA

**SUCV2022000178**

**AUG 11. 2022 04:12 PM**

Heather Banks McNeal, Clerk
Bulloch County, Georgia

CIVIL ACTION NUMBER   <u>SUCV2022000178</u>

Michetti, Frank

_____

**PLAINTIFF**

**VS.**

Taylor Trucking LLC
Northland Insurance Company
Smith, Ronald

_____

**DEFENDANTS**

## SUMMONS

TO: TAYLOR TRUCKING LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Bradley S Robinson**
> **FARAH & FARAH, P.A.**
> **12016 Abercorn Street**
> **Savannah, Georgia 31419**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 11th day of August, 2022.**

Clerk of Superior Court

Heather Banks McNeal, Clerk
Bulloch County, Georgia

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA

**SUCV2022000178**

AUG 11. 2022 04:12 PM

*Heather Banks McNeal*
Heather Banks McNeal, Clerk
Bulloch County, Georgia

**IN THE SUPERIOR COURT OF BULLOCH COUNTY
STATE OF GEORGIA**

FRANK MICHETTI,

                Plaintiff,

v.

TAYLOR TRUCKING LLC,
NORTHLAND INSURANCE COMPANY,
and RONALD SMITH,

                Defendants.

CIVIL ACTION
FILE NO.: _____

## RULE 5.2 CERTIFICATE OF DISCOVERY

    COMES NOW Plaintiff, Frank Michetti, by and through his attorney of record, and certifies that, pursuant to Uniform Superior Court Rule 5.2 that the following pleadings have been served:

    *1.  **PLAINTIFF'S FIRST INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS TO DEFENDANT RONALD SMITH***

along with the Certificate of Discovery upon the following defendant by efiling a true and exact copy of the same with PeachCourt efiling service, to be service pursuant to the provisions of O.C.G.A. § 9-10-94, and through his authorized agent, the Secretary of State of Georgia, pursuant to O.C.G.A. § 40-12-1, et seq.

This the ____ day of August, 2022.

                                    **FARAH & FARAH, P.A.**

                                      BRADLEY S. ROBINSON
                                      Georgia Bar No. 769787
                                      *ATTORNEY FOR PLAINTIFF*

12016 Abercorn Street
Savannah, GA  31419
T: (912) 999-2075
F: (912) 999-2078
brobinson@farahandfarah.com
j.williams@farahandfarah.com

## IN THE SUPERIOR COURT OF BULLOCH COUNTY
## STATE OF GEORGIA

**FRANK MICHETTI,**

                Plaintiff,

v.

**TAYLOR TRUCKING LLC,
NORTHLAND INSURANCE COMPANY,
and RONALD SMITH,**

                Defendants.

CIVIL ACTION
FILE NO.: _____

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this day served Defendant, Ronald Smith, with the foregoing RULE 5.2 CERTIFICATE OF DISCOVERY by efiling a true and exact copy of the same with PeachCourt efiling service, to be service pursuant to the provisions of O.C.G.A. § 9-10-94, and through his authorized agent, the Secretary of State of Georgia, pursuant to O.C.G.A. § 40-12-1, et seq.

This the ____ day of August, 2022.

                Respectfully Submitted,

                **FARAH & FARAH, P.A.**

                BRADLEY S. ROBINSON
                Georgia Bar No. 769787
                *ATTORNEY FOR PLAINTIFF*

12016 Abercorn Street
Savannah, GA 31419
T: (912) 999-2075
F: (912) 999-2078
brobinson@farahandfarah.com
j.williams@farahandfarah.com

⊞ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA

**SUCV2022000178**

AUG 11. 2022 04:12 PM

*Heather Banks McNeal*
Heather Banks McNeal, Clerk
Bulloch County, Georgia

## IN THE SUPERIOR COURT OF BULLOCH COUNTY
## STATE OF GEORGIA

**FRANK MICHETTI,**

               Plaintiff,

v.

**TAYLOR TRUCKING LLC,**
**NORTHLAND INSURANCE COMPANY,**
**and RONALD SMITH,**

               Defendants.

CIVIL ACTION
FILE NO.: _____

---

### RULE 5.2 CERTIFICATE OF DISCOVERY

    COMES NOW Plaintiff, Frank Michetti, by and through his attorney of record, and certifies that, pursuant to Uniform Superior Court Rule 5.2 that the following pleadings have been served:

    ***1.  PLAINTIFF'S FIRST INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS TO DEFENDANT TAYLOR TRUCKING LLC***

along with the Certificate of Discovery upon the following defendant by efiling a true and exact copy of the same with PeachCourt efiling service, to be service pursuant to the provisions of O.C.G.A. § 9-10-94, and through his authorized agent, the Secretary of State of Georgia, pursuant to O.C.G.A. § 40-12-1, et seq.

This the _____ day of August, 2022.

                              **FARAH & FARAH, P.A.**

                              _____
                              BRADLEY S. ROBINSON
                              Georgia Bar No. 769787
                              *ATTORNEY FOR PLAINTIFF*

12016 Abercorn Street
Savannah, GA  31419
T: (912) 999-2075
F: (912) 999-2078
brobinson@farahandfarah.com
j.williams@farahandfarah.com

IN THE SUPERIOR COURT OF BULLOCH COUNTY
STATE OF GEORGIA

FRANK MICHETTI,

                Plaintiff,

v.

TAYLOR TRUCKING LLC,
NORTHLAND INSURANCE COMPANY,
and RONALD SMITH,

            Defendants.

CIVIL ACTION
FILE NO.: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served Defendant, Taylor Trucking LLC, with the foregoing RULE 5.2 CERTIFICATE OF DISCOVERY by efiling a true and exact copy of the same with PeachCourt efiling service, to be service pursuant to the provisions of O.C.G.A. § 9-10-94, and through his authorized agent, the Secretary of State of Georgia, pursuant to O.C.G.A. § 40-12-1, et seq.

This the ____ day of August, 2022.

                Respectfully Submitted,

                FARAH & FARAH, P.A.

                BRADLEY S. ROBINSON
                Georgia Bar No. 769787
                *ATTORNEY FOR PLAINTIFF*

12016 Abercorn Street
Savannah, GA  31419
T: (912) 999-2075
F: (912) 999-2078
brobinson@farahandfarah.com
j.williams@farahandfarah.com

**General Civil and Domestic Relations Case Filing Information Form**

■ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA

**SUCV2022000178**

AUG 11. 2022 04:12 PM

*Heather Banks McNeal*
Heather Banks McNeal, Clerk
Bulloch County, Georgia

■ Superior or ☐ State Court of _Bulloch_ County

| For Clerk Use Only | |
|---|---|
| **Date Filed** 08-11-2022 | **Case Number** SUCV2022000178 |
| MM-DD-YYYY | |

**Plaintiff(s)**

Michetti, Frank

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

Taylor Trucking LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Northland Insurance Company

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Smith, Ronald

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Robinson, Mr. Bradley S   **Bar Number** 769787   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ■ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
**Case Number**  **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BULLOCH COUNTY, GEORGIA

**SUCV2022000178**
B
SEP 03, 2022 07:30 AM

Heather Banks McNeal, Clerk
Bulloch County, Georgia

Control Number: CNSOP-521886050

# STATE OF GEORGIA

## Secretary of State

### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

**Ronald Smith**

have been filed with the Secretary of State on 08/17/2022 pursuant to O.C.G.A. § 40-12-2 relating to the following matter:

Case: Frank Michetti v. Ronald Smith
Court: Superior Court of Bulloch County
Civil Action No.: SUCV2022000178

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 09/03/2022.



Brad Raffensperger
Secretary of State

**SERVICE OF PROCESS**

*Electronically Filed*
Secretary of State
Filing Date: 8/17/2022 1:34:06 PM

## FILING INFORMATION

Filing Type : Service of Process

Control Number : SOP-22188050

## DEFENDANT INFORMATION

The name of the business entity or individual (the "defendant") for which the Secretary of State is being served as statutory agent is as follows:

Defendant Type : Individual

Defendant's Name : Ronald Smith

Defendant's Address Where Service Attempted and/or Forwarded : 2193 County Road 3209 W, Mount Enterprise, TX, 75681, USA

## STATUTORY AUTHORITY

Service is being made on the Secretary of State pursuant to the following O.C.G.A. section:

O.C.G.A. § 40-12-2

## CASE INFORMATION

The service of process filing relates to the following proceeding:

Name of Plaintiff : Frank Michetti

Style of Proceeding : Frank Michetti v. Taylor Trucking LLC, Northland Insurance Company and Ronald Smith

Civil Action Number : SUCV2022000178

Court : Superior Court of Bulloch County

## SERVICE OF PROCESS DOCUMENTS

See attached document(s).

## FILER's INFORMATION

Filer Type : Individual

Name : Bradley S. Robinson

Address : 12016 Abercorn St., Savannah, GA, 31419, USA

## AUTHORIZER INFORMATION

Authorizer Name : Bradley S. Robinson