IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| FRANK MICHETTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 622-067 |
| | ) | |
| TAYLOR TRUCKING LLC; NORTHLAND INSURANCE COMPANY; and RONALD SMITH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 20, 2022, the Court ordered Defendants to provide sufficient evidence that the jurisdictional amount is in controversy. (See doc. no. 15.) On November 3, 2022, Defendant responded by submitting a detailed declaration letter with exhibits of select portions of Plaintiff's medical records. (See doc. no. 16.) The "evidence combined with reasonable deductions, reasonable inferences, [and] other reasonable extrapolations" demonstrates that the jurisdictional amount is in controversy. Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010). Thus, the Court finds that it has subject matter jurisdiction over the case at this time, and the case shall proceed.

SO ORDERED this 7th day of November, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA