IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FRANK MICHETTI, | * |
| Plaintiff, | * |
| v. | *   CV 622-067 |
| TAYLOR TRUCKING LLC, NORTHLAND INSURANCE COMPANY, and RONALD SMITH, | * |
| Defendants. | * |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 30.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ___13th___ day of May, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA